JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY VARGAS, | ) | NO. ED CV 13-0965 JGB (AS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RALPH M. DIAZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 27, 2013

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE